**Order entered July 20, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00648-CV

## IN THE ESTATE OF JOHN M. HOUSTON, DECEASED

**On Appeal from the Collin County Probate**
**Collin County, Texas**
**Trial Court Cause No. PB-001-56605**

## ORDER

Before the Court is county clerk Stacey Kemp's July 18, 2017 request to extend time to file the clerk's record until appellant files a request and pays the fee. We **ORDER** appellant to provide the Court within **TEN DAYS** written verification that (1) the clerk's record has been requested; and (2) the fee has been paid or that appellant has made arrangements to pay the clerk's record; or (3) appellant has been found to be entitled to proceed without payment of costs. Our July 18, 2017 notice regarding the record may be disregarded.

If the Court does not receive the requested documentation within the time specified, the Court may dismiss the appeal. *See* Tex. R. App. P. 37.3(b). We **DENY** Ms. Kemp's request as moot.

/s/    ELIZABETH LANG-MIERS
JUSTICE